**Order entered October 7, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00522-CR

**JAMES GAVIN OVERLOON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-00355-U**

## ORDER

The reporter's record, requested on May 7, 2019, was due August 10, 2019. When it was not filed, we notified court reporter Sasha Brooks by postcard dated August 14, 2019 and directed her to file the reporter's record by September 13, 2019. To date, the reporter's record has not been filed and we have had no communication from Ms. Brooks regarding this appeal.

We **ORDER** the complete reporter's record filed **BY OCTOBER 25, 2019**. We caution Ms. Brooks that the failure to file the reporter's record by that date will result in the Court taking whatever remedies it has available to ensure that the appeal proceeds in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; Sasha Brooks, official court reporter, 291st Judicial District Court; and to counsel for all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE